IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUNG V. VU, D.D.S., a professional dental corporation, d/b/a VU ORTHODONTICS, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

i CARE CREDIT, LLC, d/b/a iCARE FINANCIAL,

    Defendant.

                                       /

No. C 17-00790 WHA

**ORDER CONTINUING HEARING ON MOTION TO DISMISS OR TRANSFER AND CASE MANAGEMENT CONFERENCE**

The parties filed a stipulated request today to continue the hearing on defendant's motion to dismiss or transfer (Dkt. No. 17) and the case management conference from June 22 to June 29 on the basis that defense counsel is double-booked for an earlier-set hearing on June 22 in the Western District of Texas (Dkt. No. 27). The parties further request that the hearing and case management conference be set for 11:00 a.m. instead of 8:00 a.m. on June 29 so that counsel can travel to San Francisco the morning of instead of the evening prior (*id.* at 1). Both requests are **GRANTED**. Counsel shall be sure to arrive on time on **JUNE 29 AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: June 20, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE