UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 17-04609 RAO  Date: June 5, 2019
Title: Hung V. Vu, D.D.S., A Professional Dental Corp. v. I Care Credit, LLC

---

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | Tape No.: XTR 06/05/2019 |
| --- | --- |
| Deputy Clerk | Court Recorder: XTR System |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Michael Boyamian  Michael Bowse

**Proceedings:**  **MINUTES OF TELEPHONIC HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [57][63]**

The case was called for a telephonic hearing and counsel for the parties entered their appearances. The Court and the parties discussed Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Dkt. No. 57, and Amended Motion for Preliminary Approval of Class Action Settlement ("Amended Motion"), Dkt. No. 63.

The Court DENIES WITHOUT PREJUDICE Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Dkt. No. 57, as it has been superseded by the Amended Motion, Dkt. No. 63.

The parties agreed to submit for an *in-camera* review Defendant's financial documents. The documents shall be lodged by **June 12, 2019**, either via email to RAO_Chambers@cacd.uscourts.gov or delivered to the chambers courtesy box on the 12th floor of the Roybal Federal Building and United State Courthouse.

Plaintiff's counsel also agreed to submit an amended notice and amended proposed order for preliminary approval, both of which shall be due by **June 12, 2019**.

**IT IS SO ORDERED.**

0 : 36
Initials of Preparer  dl