1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  HUNG V. VU, D.D.S., A PROFESSIONAL DENTAL CORP., d/b/a Vu Orthodontics,<br><br>  Plaintiff,<br><br>  vs.<br><br>ICARE CREDIT SOLUTIONS, LLC, d/b/a iCare Financial LLC; and DOES 1 – 10, inclusive;<br><br>  Defendants. | Case No.: 2:17-cv-04609-RAO<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER CONTINUING PLAINTIFF'S DEADLINE TO FILE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[*Filed concurrently with Joint Stipulation to Reset Filing Deadline for Plaintiff's Motion for Final Approval of Class Action Settlement*]<br><br>*Complaint Filed*: February 16, 2017<br>*Trial*: None currently Scheduled |

19
20
21
22
23
24
25
26
27
28

The Court, having considered the Joint Stipulation to Reset Filing Deadline of Plaintiff's Motion for Final Approval of Class Action Settlement filed by Plaintiff Hung V. Vu, D.D.S., A Professional Dental Corp., d/b/a Vu Orthodontics, on behalf of the settlement class ("Plaintiff"), and Defendant iCare Credit Solutions, LLC, d/b/a iCare Financial LLC ("iCare" or "Defendant") (collectively, the "Parties"), and for good cause appearing, hereby resets the case schedule as follows:

Plaintiff must file its Motion for Final Approval of Class Action Settlement and for Award of Attorney's Fees, Costs, and Class Representative Service Award by July 31, 2019.

**IT IS SO ORDERED.**

DATED: July 25, 2019

_____
THE HON. ROZELLA A. OLIVER
Judge of the Central District of California

[PROPOSED] ORDER CONTINUING PLAINTIFF'S DEADLINE TO FILE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT