1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

HUNG V. VU, D.D.S., A PROFESSIONAL DENTAL CORP., d/b/a Vu Orthodontics,

12

Plaintiff,

13

vs.

14
15

ICARE CREDIT SOLUTIONS, LLC, d/b/a iCare Financial LLC; and DOES 1 – 10, inclusive;

16

Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

Case No.:  2:17-cv-04609-RAO

**CLASS ACTION**

**[~~PROPOSED~~] ORDER RESETTING CASE SCHEDULE FOR PLAINTIFF TO FILE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

[*Filed concurrently with Joint Stipulation to Reset Case Schedule for Plaintiff's Motion for Final Approval of Class Action Settlement*]

*Complaint Filed*: February 16, 2017
*Trial*: None currently Scheduled

The Court, having considered the Joint Stipulation to Reset Case Schedule for Plaintiff's Motion for Final Approval of Class Action Settlement filed by Plaintiff Hung V. Vu, D.D.S., A Professional Dental Corp., d/b/a Vu Orthodontics, on behalf of the settlement class ("Plaintiff"), and Defendant iCare Credit Solutions, LLC, d/b/a iCare Financial LLC ("iCare" or "Defendant") (collectively, the "Parties"), and for good cause appearing, hereby resets the case schedule as follows:

(1) Plaintiff must file its Motion for Final Approval of Class Action Settlement and for Award of Attorney's Fees, Costs, and Class Representative Service Award ("Motion for Final Approval") by October 2, 2019; and

(2) Plaintiff must set the hearing date for the Motion for Final Approval to October 30, 2019 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: September 11, 2019

_____
THE HON. ROZELLA A. OLIVER
United States Magistrate Judge

2