1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| HUNG V. VU, D.D.S., A PROFESSIONAL DENTAL CORP., d/b/a Vu Orthodontics, | Case No.: 2:17-cv-04609-RAO |
|---|---|
| Plaintiff, | **CLASS ACTION** |
| vs. | **[PROPOSED] ORDER CONCERNING NOTICE BY PUBLICATION RE: SETTLEMENT AND SUBSEQUENT CASE SCHEDULE** |
| ICARE CREDIT SOLUTIONS, LLC, d/b/a iCare Financial LLC; and DOES 1 – 10, inclusive; | |
| Defendants. | *Complaint Filed*: February 16, 2017<br>*Trial*: None currently Scheduled |

[PROPOSED] ORDER CONCERNING NOTICE BY PUBLICATION RE: SETTLEMENT
AND SUBSEQUENT CASE SCHEDULE

1  The Court, having considered the Joint Status Report re Publication Notice of Settlement filed by Plaintiff Hung V. Vu, D.D.S., A Professional Dental Corp., d/b/a Vu Orthodontics, on behalf of the settlement class ("Plaintiff"), and Defendant iCare Credit Solutions, LLC, d/b/a iCare Financial LLC ("iCare" or "Defendant") (collectively, the "Parties"), and for good cause appearing, hereby rules as follows:

(1) As set forth in Exhibit "2" to the Parties' Joint Status Report, the Parties' proposed text for the notice by publication to the settlement class is approved;

(2) Plaintiff is to set up the advertising with the ADA News to give the putative class notice of the proposed settlement through publication. Plaintiff shall ensure that the notice is published three times by the ADA News in the three issues set to be released in the third week of June 2021, the first week of July 2021, and the third week of July 2021;

(3) Settlement class members shall have until August 13, 2021 to initiate contact with the settlement administrator for purposes of receiving a claim form.  Settlement class members shall, however, have until September 3, 2021 to submit their claim forms to the settlement administrator or opt-out from the settlement; and

(4) Plaintiff shall file his Amended Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, and Enhancement Award by September 17, 2021 with a hearing set for October 15. 2021 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: _____     _____
THE HON. ROZELLA A. OLIVER
Judge of the Central District of California